1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Aguirre, | NO. CV-23-00334-PHX-MTL |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| Custom Image Pros LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants CustomImage Pros LLC, Timothy Simpson, and Jamie L. Simpson.

　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　District Court Executive/Clerk of Court

June 28, 2023

　　　　　　　　　　　　　　s/ K. James
　　　　　　　　By　　　　　Deputy Clerk