# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Aguirre,<br><br>   Plaintiff,<br><br>v.<br><br>Custom Image Pros LLC, et al.,<br><br>   Defendants. | NO. CV-23-00334-PHX-MTL<br><br>**DEFAULT JUDGMENT** |

  Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants, Custom Image Pros LLC, Timothy Simpson, and Jamie L. Simpson. Raul Aguirre is awarded $13,150 plus post-judgment interest at the applicable statutory rate against Defendant Custom Image Pros LLC, with $6,460 of that amount to be held jointly and severally against all Defendants, Custom Image Pros LLC, Timothy Simpson, and Jamie L. Simpson.

              Debra D. Lucas
              District Court Executive/Clerk of Court

June 28, 2023

            s/ K. James
          By Deputy Clerk